IN THE UNITED STATES OF AMERICA
DISTRICT OF FLORIDA

Robert James Swint,
 Plaintiff,

NEW COMPLAINT

Civil Action:

VS.

Alma Jehosefat Mena,
Almanac Corp., Walmart,
Ancestry Family Tree,
International Paper Co.,
FundingUniverse,
 Defendants,

COMPLAINT

Jurisdiction

42 U.S.C. §§ 2000E title VII Discrimination

Facts

There are two trees one you will find under Ancestry's records of Alma Mena, AM, AMtrak, And her legally hitting every state for everything they got after the 1933 New Deal was handed down to her the covenant, AM to PM the Praying Mantis, from International Papers tree, where in 1954, AM Collins joined, AM's best insurance for life, And Alma's will to RJ, Robert, Walmart,

Claim

Claim is the Worlds superpower belongs to the two

Robert Swint 4/18/88

Chrystal Meyer 7/6/88

Relief

We've both been held captive from each other since birth. We need the Courts help to reunite. Asking for 6.2 Billion is punitive And 8.8 Billion in compensation

RtSt

Robert Swint
2600 Center St NE
Salem, OR 97301

Robert Swint
2600 Center St, NE
Salem, OR 97301-2682

PORTLAND OR 972
14 MAY 2021 PM 6 L

FOREVER / USA

MAY 17 2021

United States District Court
110 East Park Ave
Tallahassee, Florida
32301-775099

Fluor IDe
Sop IDen