IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ROBERT SWINT,

    *Plaintiff,*

v.                                            Case No.:  4:21cv206-MW/MAF

ALMA JEHOSEFAT MENA,
et al.,

    *Defendants.*

_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 7. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED**:

The report and recommendation, ECF No. 7, is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "Plaintiff's complaint, ECF No. 1, and his amended complaint, ECF No. 6, are **DISMISSED** as frivolous." The Clerk shall close the file.

**SO ORDERED on July 14, 2021.**

                                           s/Mark E. Walker         
                                           **Chief United States District Judge**